AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gilliam Jr., Haywood S. | U.S. District Court, Northern District of California | 08/06/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active Status | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

1301 Clay Street
Oakland, CA 94612

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 (no reportable holdings) |
| 2. Board President | Northern District of California Practice Program |
| 3. Board of Governors Member | Association of Business Trial Lawyers Northern California Chapter |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/06/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Jewish Family and Community Services (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Delaware Chapter of the Federal Bar Association | 05/03/2018-05/04/2018 | Wilmington, DE | Delaware Bench and Bar Conference | Transportation, hotel, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/06/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Brad Joondeph | Basketball tickets | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank cash accounts (cash) | A | Interest | L | T | | | | | |
| 2. Chase cash accounts (cash) | A | Interest | J | T | | | | | |
| 3. Security Benefit Life Total Value Annuity (fixed annuity) | A | Interest | L | T | | | | | |
| 4. IRA #1 (H) | | | | | | | | | |
| 5. Federated Treasury Obligations Capital MMF (cash) | A | Interest | | | Closed | 05/21/18 | K | | |
| 6. Cetera Insured Deposit Sweep Account (cash) | A | Interest | | | Open | 05/21/18 | K | | |
| 7. | | | | | Closed | 06/28/18 | M | | |
| 8. Steris PLC (STE) | A | Dividend | | | Sold | 06/14/18 | J | A | |
| 9. Chubb Stock (CB) | A | Dividend | | | Sold | 06/14/18 | J | A | |
| 10. Aarons Inc (AAN) | A | Dividend | | | Sold | 06/14/18 | J | A | |
| 11. Albemarle Corp (ALB) | A | Dividend | | | Sold | 06/14/18 | J | | |
| 12. Andeavor (ANDV) | | None | | | Sold | 06/14/18 | J | | |
| 13. Ameriprise Financial (AMP) | A | Dividend | | | Sold | 06/14/18 | J | B | |
| 14. Antero Midstream Partners (AM) | | None | | | Sold | 06/14/18 | J | A | |
| 15. Bank of the Ozarks Stock (OZRK) | A | Dividend | | | Sold | 06/14/18 | J | B | |
| 16. Becton Dickinson (BDX) | A | Dividend | | | Sold | 06/14/18 | J | C | |
| 17. Buckeye Partners (BPL) | | None | | | Sold | 06/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Canadian National Railway (CNI) | A | Dividend | | | Sold | 06/14/18 | J | A | |
| 19. Cardinal Health Stock (CAH) | A | Dividend | | | Sold | 06/14/18 | J | | |
| 20. Casey's General Store Stock (CASY) | A | Dividend | | | Sold | 06/14/18 | J | A | |
| 21. Costco Wholesale (COST) | A | Dividend | | | Sold | 06/14/18 | J | C | |
| 22. Ecolab Stock (ECL) | A | Dividend | | | Sold | 06/14/18 | J | C | |
| 23. EOG Resources Stock (EOG) | A | Dividend | | | Sold | 06/14/18 | J | C | |
| 24. EQT Midstream Partners (EQM) | | None | | | Sold | 06/14/18 | J | | |
| 25. Enable Midstream Partners (ENBL) | | None | | | Sold | 06/14/18 | J | A | |
| 26. Enterprise Products Partners LP (EPD) | | None | | | Sold | 06/14/18 | J | A | |
| 27. Flowers Foods Stock (FLO) | A | Dividend | | | Sold | 06/14/18 | J | A | |
| 28. General Dynamics (GD) | A | Dividend | | | Sold | 06/14/18 | J | A | |
| 29. Hanover Ins Group (THG) | A | Dividend | | | Sold | 06/14/18 | J | B | |
| 30. Harris Corporation Stock (HRS) | A | Dividend | | | Sold | 06/14/18 | J | D | |
| 31. Hormel Foods Stock (HRL) | A | Dividend | | | Sold | 06/14/18 | J | B | |
| 32. International Business Machines (IBM) | A | Dividend | | | Sold | 06/14/18 | J | | |
| 33. Illinois Tool Works (ITW) | A | Dividend | | | Sold | 06/14/18 | J | B | |
| 34. Magellan Midstream Partners LP Stock (MMP) | | None | | | Sold | 06/14/18 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Microsoft Stock (MSFT) | A | Dividend | | | Sold | 04/19/18 | K | D | |
| 36. Nike Stock (NKE) | A | Dividend | | | Sold | 06/14/18 | J | C | |
| 37. Novo Nordisk Stock (NVO) | A | Dividend | | | Sold | 06/14/18 | J | | |
| 38. Parker Hannifin Corporation Stock (PH) | A | Dividend | | | Sold | 06/14/18 | J | B | |
| 39. Phillips 66 Partners (PSXP) | | None | | | Sold | 06/14/18 | J | A | |
| 40. Polaris Industries Stock (PII) | A | Dividend | | | Sold | 06/14/18 | J | B | |
| 41. Raytheon Company (RTN) | A | Dividend | | | Sold | 06/14/18 | J | B | |
| 42. Roche Holdings Stock (RHHBY) | A | Dividend | | | Sold | 06/14/18 | J | | |
| 43. Roper Industries Stock (ROP) | A | Dividend | | | Sold | 06/14/18 | J | C | |
| 44. Ross Stores Stock (ROST) | A | Dividend | | | Sold | 06/14/18 | J | C | |
| 45. SEI Investments Stock (SEIC) | A | Dividend | | | Sold | 06/14/18 | J | B | |
| 46. Sherwin Williams Stock (SHW) | A | Dividend | | | Sold | 06/14/18 | J | D | |
| 47. Shire PLC (SHPG) | A | Dividend | | | Sold | 06/14/18 | J | A | |
| 48. Spectra Energy LP (SEP) | | None | | | Sold | 05/18/18 | J | | |
| 49. Suncor Energy (SU) | A | Dividend | | | Sold | 06/14/18 | J | B | |
| 50. TJX Stock (TJX) | A | Dividend | | | Sold | 06/14/18 | J | C | |
| 51. Tallgrass Energy Partners (TEP) | | None | | | Sold | 06/14/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Tallgrass Energy Group Cl A (TEGP) | | None | | | Sold | 06/14/18 | J | A | |
| 53. Tencent Holdings (TCEHY) | A | Dividend | | | Sold | 06/14/18 | J | C | |
| 54. Texas Instruments (TXN) | A | Dividend | | | Sold | 06/14/18 | K | D | |
| 55. Union Pacific Corp (UNP) | A | Dividend | | | Sold | 06/14/18 | J | B | |
| 56. United Technologies Corporation Stock (UTX) | A | Dividend | | | Sold | 06/14/18 | J | B | |
| 57. Walmart Stores Inc. Stock (WMT) | A | Dividend | | | Sold | 06/14/18 | J | B | |
| 58. Western Gas Partners (WES) | | None | | | Sold | 06/14/18 | J | | |
| 59. Western Gas Equity Partners (WGP) | | None | | | Sold | 06/14/18 | J | | |
| 60. Williams Partners (WPZ) | A | Dividend | | | Sold | 06/14/18 | J | A | |
| 61. Xilinx Inc (XLNX) | A | Dividend | | | Sold | 06/14/18 | J | A | |
| 62. Digital Realty Trust (DLR) | A | Dividend | | | Sold | 06/14/18 | J | A | |
| 63. IRA # 2 (H) | | | | | | | | | |
| 64. Federated Treasury Obligations MMF (cash) | A | Distribution | | | Closed | 05/21/18 | J | | |
| 65. Cetera Insured Deposit Sweep Account (cash) | A | Interest | | | Open | 05/21/18 | K | | |
| 66. | | | | | Closed | 06/27/18 | K | | |
| 67. M/I Homes Bonds (55292PAB1) | | None | | | Sold | 01/26/18 | J | A | |
| 68. HCI Group Inc Bonds (40416EAB9) | | None | | | Sold | 03/07/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. New Mtn Fin Corp Bonds (647551AB6) | | None | | | Sold | 04/11/18 | J | | |
| 70. Huron Consulting Group Bonds (447462AB8) | A | Interest | | | Sold | 05/29/18 | J | | |
| 71. ANI Pharmaceuticals Bonds (00182CAA1) | | None | | | Sold | 05/29/18 | J | A | |
| 72. Rovi Corp Sr Nt Bonds (779376AD4) | A | Interest | | | Sold | 06/13/18 | J | A | |
| 73. Echo Global Logistics Bonds (27875TAA9) | | None | | | Sold | 03/14/18 | J | A | |
| 74. PennyMac Bonds (70932AAB9) | A | Interest | | | Sold | 06/15/18 | J | A | |
| 75. Calamp Corp. Bonds (128126AB5) | A | Interest | | | Sold | 05/30/18 | J | B | |
| 76. Portfolio Recovery Associates Bonds (73640QAB1) | A | Interest | | | Sold | 05/29/18 | J | A | |
| 77. Aceto Corp. Bonds (004446AD2) | | None | | | Sold (part) | 04/24/18 | J | | |
| 78. | | | | | Sold | 04/26/18 | J | | |
| 79. Arbor Realty Tr Inc Bonds (038923AB4) | A | Interest | | | Sold | 06/08/18 | J | A | |
| 80. On Semiconductor Bonds (682189AK1) | A | Interest | | | Sold | 05/31/18 | J | D | |
| 81. TTM Technologies Bonds (87305RAD1) | | None | | | Sold | 06/01/18 | J | D | |
| 82. Colony Capital Bonds (19624RAB2) | A | Interest | | | Sold | 04/27/18 | J | | |
| 83. Tutor Perini Corp Fxd Rt Conv (901109AD0) | | None | | | Buy | 03/23/18 | J | | |
| 84. | | | | | Sold | 06/01/18 | J | | |
| 85. Barclays Bank PLC Synthetic Convertible Notes 06741jv893 (06741JV89) | | None | | | Sold | 05/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Inphi Corp Bonds (45772FAC1) | A | Interest | | | Sold (part) | 01/09/18 | J | | |
| 87. | | | | | Sold | 06/04/18 | J | | |
| 88. PDC Energy Inc GTD Fixed Rate Note (69327RAD3) | | None | | | Buy | 03/23/18 | J | | |
| 89. | | | | | Sold | 06/14/18 | J | A | |
| 90. Societe Generale Medium Term Notes (83368WXV8) | | None | | | Sold | 05/31/18 | J | B | |
| 91. New York Mtg Tr Inc Fxd Rt Conv Nts (649604AD7) | A | Interest | | | Sold | 06/01/18 | J | A | |
| 92. Blackstone Mtg Trust Bonds (09257WAB6) | A | Interest | | | Sold | 05/31/18 | J | | |
| 93. Atlas Air Bonds (049164BH8) | A | Interest | | | Sold | 05/31/18 | J | C | |
| 94. Horizon Global Corp Bonds (44052WAA2) | A | Interest | | | Sold | 06/19/18 | J | | |
| 95. Apollo Commercial Real Estate Bonds (03762UAB1) | A | Interest | | | Sold | 05/31/18 | J | A | |
| 96. Western Asset Mtg Cap Corp Bonds (95790DAA3) | A | Interest | | | Sold | 05/29/18 | J | A | |
| 97. Integrated Device Tech Bonds (458118AC0) | A | Interest | | | Sold | 05/29/18 | J | B | |
| 98. Theravance Inc Bonds (88338TAB0) | A | Interest | | | Sold | 05/07/18 | J | A | |
| 99. Veeco Instrs Inc Bonds (922417AD2) | A | Interest | | | Sold | 03/06/18 | J | A | |
| 100. Redwood Tr Inc Fxd Rt Sr Nt Conv (758075AC9) | A | Interest | | | Buy | 01/30/18 | J | | |
| 101. | | | | | Sold | 06/13/18 | J | A | |
| 102. Helix Energy Solutions Group Inc (42330PAJ6) | | None | | | Buy | 03/23/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 06/22/18 | J | A | |
| 104. Macquarie Infrastructure Corp Bonds (55608BAB1) | A | Interest | | | Sold | 04/11/18 | J | | |
| 105. Amtrust Finl Svcs Bonds (032359AG6) | A | Interest | | | Sold | 06/22/18 | J | A | |
| 106. Viavi Solutions Inc Fxd Rt Sr Nt Conv (925550AB1) | | None | | | Buy | 05/02/18 | J | | |
| 107. | | | | | Sold | 05/30/18 | J | | |
| 108. Finisar Corp. Bonds (31787AAM3) | | None | | | Buy (add'l) | 02/13/18 | J | | |
| 109. | | | | | Sold | 06/08/18 | J | | |
| 110. Deutsche Bank AG, London Branch Lkd (25155MKM28) | | None | | | Buy | 03/19/18 | J | | |
| 111. | | | | | Sold | 03/23/18 | J | | |
| 112. JPMorgan Chase Finl Co LLC Global GTD (48129HU39) | | None | | | Buy | 03/15/18 | J | | |
| 113. | | | | | Sold | 03/23/18 | J | | |
| 114. JPMorgan Chase Finl Bal GTD Med Term (46647MRL9) | | None | | | Buy | 04/19/18 | J | | |
| 115. | | | | | Sold | 04/26/18 | J | | |
| 116. Green Plains Inc Fxd Rt Sr Nt Conv (393222AF1) | | None | | | Buy | 04/30/18 | J | | |
| 117. | | | | | Sold | 05/29/18 | J | A | |
| 118. IRA # 3 (H) | | | | | | | | | |
| 119. Horizon Active Risk Assist Fund Class N (ARANX) | B | Dividend | K | T | Buy | 06/15/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 121. Horizon Defined Risk Fund Investor Class (HNDRX) | A | Dividend | J | T | Buy | 12/21/18 | J | | |
| 122. Horizon Active Income Fund Class N (AIMNX) | A | Dividend | J | T | Buy | 06/15/18 | K | | |
| 123. | | | | | Sold (part) | 12/21/18 | J | | |
| 124. First Tr ETF III Horizon Managed Vol Dev Intl ETF (HDMV) | A | Dividend | J | T | Buy | 06/15/18 | J | | |
| 125. First Tr ETF III Horizon Managed Vol Domestic ETF (HUSV) | A | Dividend | J | T | Buy | 06/15/18 | J | | |
| 126. Invesco ETF Tr Dynamic Large Cap Growth ETF (PWB) | A | Dividend | | | Buy | 06/15/18 | J | | |
| 127. | | | | | Sold | 12/21/18 | J | | |
| 128. iShares Tr Short Treas Bd ETF (SHV) | A | Dividend | J | T | Buy | 06/15/18 | J | | |
| 129. | | | | | Sold (part) | 12/21/18 | J | | |
| 130. Vanguard Bd Index Fds Vanguard Total Bd Market ETF (BND) | A | Dividend | J | T | Buy | 06/15/18 | J | | |
| 131. Barclays Bloomberg Commodity Index (DJP) | | None | | | Sold | 06/14/18 | J | A | |
| 132. DBX ETF (formerly Deutsche) X-Trackers MSCI EAFE Equity ETF (DBEF) | | None | | | Sold | 06/14/18 | J | A | |
| 133. DBX X-Trackers High Yield Corp BF (HYLB) | A | Dividend | | | Sold | 06/14/18 | J | | |
| 134. Edgewood Growth Fund Institutional Fund (EGFIX) | | None | | | Sold | 06/14/18 | J | A | |
| 135. Delaware Small Cap Core Fund Instl Class (DCCIX) | | None | | | Sold | 06/01/18 | J | A | |
| 136. Eaton Vance Floating Rate Fund (EIBLX) | A | Dividend | | | Sold | 02/05/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Eaton Vance Global Macro Abs Ret (EGRIX) | | None | | | Sold | 06/14/18 | J | | |
| 138. Federated Strategic Value Dividend Fund (SVAIX) | A | Dividend | | | Sold | 06/01/18 | J | | |
| 139. iShares TR Core U.S. Aggregate Bd ETF (AGG) | A | Dividend | | | Buy | 01/19/18 | J | | |
| 140. | | | | | Buy (add'l) | 02/05/18 | J | | |
| 141. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 142. | | | | | Sold (part) | 04/19/18 | J | | |
| 143. | | | | | Sold (part) | 04/20/18 | J | | |
| 144. | | | | | Sold | 06/14/18 | J | | |
| 145. iShares TR iBoxx USD Investment Grade Corporate Bond ETF (LQD) | A | Dividend | | | Buy (add'l) | 02/05/18 | J | | |
| 146. | | | | | Sold | 06/14/18 | J | | |
| 147. iShares Barclays 20+ Yr Treas Bd (TLT) | A | Dividend | | | Sold | 05/03/18 | J | | |
| 148. iShares TR Barclays 7-10 Year Treasury Bond ETF (IEF) | A | Dividend | | | Sold | 06/14/18 | J | | |
| 149. iShares TR 1-3 Year Treasury Bond ETF (SHY) | A | Dividend | | | Buy (add'l) | 05/03/18 | J | | |
| 150. | | | | | Sold | 06/14/18 | J | | |
| 151. iShares TR MSCI ACWI ETF (ACWI) | | None | | | Buy (add'l) | 02/23/18 | J | | |
| 152. | | | | | Sold (part) | 04/02/18 | J | | |
| 153. | | | | | Sold | 06/14/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. iShares TR Core MSCI EAFE (IEFA) | | None | | | Buy (add'l) | 04/19/18 | J | | |
| 155. | | | | | Sold | 06/14/18 | J | A | |
| 156. John Hancock Disciplined Value Fund Class A (JVLAX) | | None | | | Sold | 06/14/18 | J | A | |
| 157. Neuberger Berman Long Short Fund Institutional Class (NLSIX) | | None | | | Sold | 06/01/18 | J | | |
| 158. Oppenheimer International Growth Fund (OIGYX) | | None | | | Sold | 06/14/18 | J | A | |
| 159. Oppenheimer Developing Markets Fund (ODVYX) | | None | | | Sold (part) | 01/19/18 | J | | |
| 160. | | | | | Sold | 06/14/18 | J | A | |
| 161. Invesco (formerly PowerShares) DWA Momentum Portfolio ETF (PDP) | | None | | | Sold | 06/14/18 | J | A | |
| 162. Schwab Strategic Tr US Small-Cap ETF (SCHA) | | None | | | Buy | 04/19/18 | J | | |
| 163. | | | | | Sold | 06/14/18 | J | A | |
| 164. SPDR Technology Select Sector ETF (XLK) | A | Dividend | | | Sold | 06/14/18 | J | B | |
| 165. Templeton Global Bond Advantage Fund (TGBAX) | A | Dividend | | | Sold | 02/05/18 | J | | |
| 166. Vanguard Bond Index Short Term Bd (BSV) | A | Dividend | | | Sold | 02/05/18 | J | | |
| 167. Vanguard Malvern Short-Term Inflation Protected Securities ETF (VTIP) | A | Dividend | | | Sold | 06/14/18 | J | | |
| 168. Vanguard Mtg Backed Secs (VMBS) | A | Dividend | | | Sold | 06/14/18 | J | | |
| 169. Vanguard Index Funds Vanguard REIT (VNQ) | A | Dividend | | | Sold | 06/14/18 | J | | |
| 170. Vanguard Index Funds Vanguard Total Stk Mkt (VTI) | A | Dividend | | | Buy (add'l) | 04/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 06/14/18 | J | A | |
| 172. IRA #4 (H) | | | | | | | | | |
| 173. FDIC Insured Deposit Sweep Account (cash) | A | Interest | J | T | Open | 12/01/18 | J | | |
| 174. Medtronic PLC Shs (MDT) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 175. Steris PLC Shs (STE) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 176. Chubb LTD Com (CB) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 177. | | | | | Sold (part) | 08/02/18 | J | A | |
| 178. Aaron's Inc Com (AAN) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 179. Albemarle Corp Com (ALB) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 180. Ameriprise Finl Inc Com (AMP) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 181. Andeavor Logistics LP Com (ANDX) | | None | | | Buy | 06/29/18 | J | | |
| 182. | | | | | Sold | 12/06/18 | J | | |
| 183. Antero Midstream Partners LP (AM) | | None | J | T | Buy | 06/29/18 | J | | |
| 184. Bank Ozk (formerly Bank of the Ozarks) (OZK) | A | Dividend | | | Buy | 06/29/18 | J | | |
| 185. | | | | | Sold | 08/20/18 | J | | |
| 186. | | | | | Buy | 08/29/18 | J | | |
| 187. | | | | | Sold | 10/30/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Becton Dickinson & Co (BDX) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 189. Canadian Natl Ry Co Com (CNI) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 190. Canadian Natural Res LTD (CNQ) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 191. Casey's Gen Stores Inc (CASY) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 192. Cheniere Energy PArtners LP COM (CQP) | | None | J | T | Buy | 06/29/18 | J | | |
| 193. Church & Dwight Co Inc (CHD) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 194. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 195. Costco Wholesale Corp New Com (COST) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 196. | | | | | Sold (part) | 08/02/18 | J | A | |
| 197. EQM Midstream Partners LP (EQM) | | None | J | T | Buy | 06/29/18 | J | | |
| 198. | | | | | Sold (part) | 08/02/18 | J | | |
| 199. Ecolab Inc Com (ECL) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 200. Enable Midstream Partners LP Com (ENBL) | | None | J | T | Buy | 06/29/18 | J | | |
| 201. EQGP Holdings LP Com (EQGP) | | None | | | Buy | 06/29/18 | J | | |
| 202. | | | | | Sold | 12/06/18 | J | | |
| 203. Energy Transfer LP Com (ET) | | None | J | T | Buy | 06/29/18 | J | | |
| 204. Enlink Midstream Ream Partners LP (ENLK) | | None | J | T | Buy | 06/29/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Enterprise Prods Partners LP (EPD) | | None | J | T | Buy | 06/29/18 | J | | |
| 206. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 207. General Dynamics Corp Com (GD) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 208. Hanover Ins Group Inc Com (THG) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 209. Hasbro Inc Com (HAS) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 210. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 211. Helmerich & Payne Inc Com (HP) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 212. Hess Midstream Partners LP (HESM) | | None | J | T | Buy | 06/29/18 | J | | |
| 213. Hormel Foods Corp Com (HRL) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 214. Illinois Tool Works Inc Com (ITW) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 215. | | | | | Sold (part) | 08/29/18 | J | | |
| 216. International Business Machs Corp Com (IBM) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 217. Intl Flavors & Fragrances Inc (IFF) | A | Dividend | J | T | Buy | 08/02/18 | J | | |
| 218. Lockheed Martin Corp Com (LMT) | A | Dividend | J | T | Buy | 08/02/18 | J | | |
| 219. MPLX LP Com Unit Repstg LTD Partner Int (MPLX) | | None | J | T | Buy | 06/29/18 | J | | |
| 220. | | | | | Sold (part) | 08/02/18 | J | A | |
| 221. Magellan Midstream Partners LP Com Unit (MMP) | | None | J | T | Buy | 06/29/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  Microsoft Corp Com (MSFT) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 223. | | | | | Sold (part) | 08/02/18 | J | A | |
| 224.  Nike Inc Cl B (NKE) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 225.  Noble Midstream Partners LP Com Unit (NBLX) | | None | J | T | | | | | |
| 226.  Occidental Pete Corp Com (OXY) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 227.  ONEOK Inc New Com (OKE) | | None | J | T | Buy | 12/06/18 | J | | |
| 228.  Parker Hannifin Corp Com (PH) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 229.  Phillips 66 Partners LP Com (PSXP) | | None | J | T | Buy | 06/29/18 | J | | |
| 230.  Polaris Industries Inc Com (PII) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 231.  Raytheon Co Com New (RTN) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 232.  Roper Technologies Inc Com (ROP) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 233.  Ross Stores Inc (ROST) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 234.  SEI Investments Co Com (SEIC) | | None | J | T | Buy | 06/29/18 | J | | |
| 235.  Sherwin Williams Co Com (SHW) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 236. | | | | | Sold (part) | 10/30/18 | J | | |
| 237.  Shire PLC Spons ADR (SHPG) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 238.  Summit Midstream Partners LP Com (SMLP) | | None | J | T | Buy | 06/29/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 18 of 21

**Name of Person Reporting**

Gilliam Jr., Haywood S.

**Date of Report**

08/06/2019

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Suncor Energy Inc New Com (SU) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 240. TJX Cos Inc New Com (TJX) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 241. Tallgrass Energy GP LP Shs Cl A (TGE) | | None | J | T | Buy | 07/03/18 | J | | |
| 242. | | | | | Sold (part) | 10/30/18 | J | | |
| 243. | | | | | Sold (part) | 12/06/18 | J | | |
| 244. Targa Res Corp Com (TRGP) | | None | J | T | Buy | 10/30/18 | J | | |
| 245. Tencent Hldgs LTD ADR (TCEHY) | | None | J | T | Buy | 06/29/18 | J | | |
| 246. | | | | | Buy (add'l) | 08/20/18 | J | | |
| 247. Texas Instruments Inc (TXN) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 248. | | | | | Sold (part) | 12/06/18 | J | | |
| 249. USA Compression Partners LP Com Unit (USAC) | | None | J | T | Buy | 10/30/18 | J | | |
| 250. Union Pac Corp Com (UNP) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 251. Valero Energy Partners (VLP) | | None | | | Buy | 06/29/18 | J | | |
| 252. | | | | | Sold | 10/30/18 | J | A | |
| 253. V F Corp Com (VFC) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 254. Viper Energy Partners LP Com Unit (VNOM) | | None | J | T | Buy | 06/29/18 | J | | |
| 255. Visa Inc Com Cl A (V) | A | Dividend | J | T | Buy | 08/29/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 257. Western Gas Partners LP Com Unit (WES) | | None | J | T | Buy | 06/29/18 | J | | |
| 258. | | | | | Sold (part) | 10/30/18 | J | | |
| 259. Williams Partners LP New Com (WPZ) | A | Dividend | | | Buy | 08/02/18 | J | | |
| 260. | | | | | Merged (with line 261) | 08/13/18 | J | A | |
| 261. Williams Cos Inc Com (WMB) | A | Dividend | J | T | Buy (add'l) | 10/30/18 | J | | |
| 262. Xilinx Inc Com (XLNX) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 263. Digital Rlty Tr Inc Com (DLR) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 264. Miller Convertible Bond Fund Class I (MCIFX) | D | Dividend | N | T | Buy | 06/29/18 | N | | |
| 265. Brokerage Account #1 (H) | | | | | | | | | |
| 266. Gamco Global Gold, Natural Resources and Income Trust (GGN) | A | Dividend | J | T | | | | | |
| 267. Tier REIT I (TIER) | A | Dividend | J | T | | | | | |
| 268. COLLEGE 529 #1 (H) | | | | | | | | | |
| 269. American Funds College Enrollment Fund-529A (CENAX) | C | Dividend | M | T | Buy | 04/16/18 | M | | |
| 270. American Funds College 2018 Fund -- 529 (CNEAX) | B | Dividend | | | Sold | 04/16/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/06/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 135 & 225: These assets became reportable without corresponding reportable transactions.

Part VII, lines 237 & 282 (2017): These assets are not reportable in this cycle; there are no corresponding reportable transactions.

Part VII, line 165: Ticker symbol change only; see 2017, line 279.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 08/06/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Haywood S. Gilliam Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544